IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHRISTOPHER N. CUMMINGS,
on behalf of himself and all
others similarly situated,

    Plaintiff,

v.                                                                  Case No. 5:21-cv-00212-MTT

                                                                   Notice of Appearance

JORGE'S TIRE REPAIR, LLC and
JORGE SAMUDIO

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Whitney M. DuPree, Esquire, of Spire Law, LLC, as counsel of record for the Defendants, Jorge's Tire Repair, LLC and Jorge Samudio.

Dated this 13th day of July, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By:  /s/ *Whitney M. DuPree*
     Whitney M. DuPree, Esq.
     Georgia Bar No. 880909
     whitney@spirelawfirm.com
     ashwin@spirelawfirm.com
     sarah@spirelawfirm.com

Attorney for Defendant | Jorge's Tire Repair, LLC and Jorge Samudio