IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER CUMMINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:21-cv-212 (MTT) |
| | ) |
| JORGE'S TIRE REPAIR, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Christopher Cummings and Defendants Jorge's Tire Repair, LLC, and Jorge Samudio jointly move for the Court to approve their settlement and dismiss Cummings' claims with prejudice.  Doc. 15.  The Court has reviewed the terms of the parties' proposed settlement agreement (Doc. 15-1) and the factors and reasons considered by the parties in reaching the proposed settlement and justifying the compromise of Cummings' claims against the defendants.  The Court finds that the attorney's fees are fair and reasonable and that the settlement proposed "is a fair and reasonable resolution of a bona fide dispute over FLSA provisions."  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).  Accordingly, the parties' joint motion for settlement approval (Doc. 15) is **GRANTED**, and Cummings' claims are **DISMISSED** with prejudice.

**SO ORDERED**, this 2nd day of June, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT