IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER CUMMINGS, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-212-MTT |
| | * |
| JORGE'S TIRE REPAIR, LLC, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 2, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of June, 2022.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk